# United States Court of Appeals
# for the Fifth Circuit

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
September 4, 2025

Lyle W. Cayce
Clerk

No. 25-10458
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Emilio Marco Black,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CR-279-1

———————————————————

Before Elrod, *Chief Judge*, and Smith and Stewart, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Emilio Marco Black has moved for leave to withdraw as counsel and filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Black filed a response asserting that, during the presentencing hearing, he was "provided ineffective assistance of counsel."

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10458

He further contends that, in June 2025, he was informed via letter from his court appointed counsel that an *Anders* brief had been filed "without consideration of [his] assessment of the case" or his allegations of ineffective assistance of counsel. Still, Black seeks "dismissal" of this appeal.

Black's Motion for Dismissal is GRANTED, the Motion to Withdraw as Counsel is DENIED as moot, and the appeal is DISMISSED. Fed. R. App. P. 42(b); 5th Cir. R. 42.1.